IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHARLENE RAINWATER                                                      PLAINTIFF

v.                                    CIVIL NO. 12-5002

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Charlene Rainwater, filed this action on January 5, 2012, seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) pursuant to 42 U.S.C. § 405(g). (Doc. 1).  On April 16, 2012, Defendant filed a motion requesting Plaintiff's case be remanded for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g), so that an Administrative Law Judge can further evaluate evidence from Ozark Guidance Center, Inc.  (Doc. 7).  Plaintiff has not responded to the motion.

Pursuant to sentence six of 42 U.S.C. § 405(g), a district court may remand a social security case when the Commissioner, for good cause, requests remand to take further administrative action before filing an answer to the complaint.  42 U.S.C. §405(g); Shalala v. Schaefer, 509 U.S. 292, 113 S.Ct. 2625 (1993).  Here, the undersigned finds good cause exists to support Defendant's request for remand.

Based on the foregoing, the undersigned recommends granting the Commissioner's motion to remand this case to the Commissioner for further administrative action pursuant to sentence six of section  42 U.S.C. § 405(g).  **The parties have fourteen days from receipt of**

AO72A
(Rev. 8/82)

our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

DATED this 1st day of May, 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE