```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**CHARLENE RAINWATER**                                          **PLAINTIFF**

v.                        Civil No. 12-5002

**MICHAEL J. ASTRUE**,
**Commissioner of Social Security**                             **DEFENDANT**

### O R D E R

Now on this 22nd day of May, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc.8), to which no objections have been filed. The Court, being well and sufficiently advised, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 8) is hereby **adopted *in toto.***

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation (Doc. 8), the Commissioner's **Motion to Remand** (Doc. 7) is hereby **granted.**

**IT IS FURTHER ORDERED** that this case is hereby **remanded** to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

/s/Jimm Larry Hendren
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**